114 A.3d 830

**Michael JAMES, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY; and Court of Common Pleas President Judge of Philadelphia County; and Court Administrator of Common Pleas Court of Philadelphia County, Respondents.**

No. 29 EM 2015.

Supreme Court of Pennsylvania.

May 12, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of May, 2015, the Application Leave to File Leave Original Process and the Petition for Writ of Mandamus are **GRANTED.**

The Court of Common Pleas of Philadelphia County has failed to comply with the remand order of the Superior Court. *See Commonwealth v. James,* 116 EDA 2009, 990 A.2d 46 (December 14, 2009). The common pleas court is **DIRECTED** to adjudicate the remanded Post Conviction Relief Act matter within 60 days.

The Prothonotary is **DIRECTED** to serve the Commonwealth with a copy of this